UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
WILLIAM LOPEZ,

                         Petitioner,                        ORDER

        – against –                                  02-CV-3988 (NGG)

DAVID L. MILLER,

                         Respondent,
-------------------------------------------------------------X

NICHOLAS G. GARAUFIS, United States District Judge.

      The Kings County District Attorney's Office is directed to turn over to the court, for an *in camera* inspection, its entire case file regarding Petitioner William Lopez's state criminal case, as well as any information in the District Attorney's possession regarding any witnesses to the crime, regardless of whether such witnesses ultimately testified at trial. As the court is attempting to ascertain what facts, if any, tend to corroborate Petitioner's claim of actual innocence or could provide Petitioner with investigative leads as to his claim, Respondent should read this Order as broadly as possible so as to ensure that the ends of justice are met, as the court anticipates it will. These files shall be given to the court as soon as possible and, in any event, no later than thirty days from the date of this Order.


SO ORDERED.

Dated: June 25, 2008                                      /s Nicholas G. Garaufis
      Brooklyn, New York                          NICHOLAS G. GARAUFIS
                                                         United States District Judge